# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2020

## NO. 03-20-00259-CV

**N. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
## REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on March 27, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portions of the trial court's judgment terminating N.J.'s parental rights and appointing the Department as permanent managing conservator of L.B. and remands the case to the trial court for a new trial. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.